IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PAULO TREVINO, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:16-CV-00024 |
| § | |
| WILLIAM STEPHENS, *et al*, § | |
| § | |
| Respondents. § | |

# ORDER

The Court is in receipt of Respondent's April 7, 2017, motion for summary judgment, Dkt. No. 30, and the July 10, 2017, Memorandum and Recommendations ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 32. On August 3, 2017, *pro se* Petitioner filed his "2nd Response to Memorandum and Recommendation,"[1] which the Court construes as objections to the M&R. Dkt. No. 33. The Court reviews objected-to portions of a Magistrate Judge's proposed findings and recommendations de novo. 28 U.S.C. § 636(b)(1). Plaintiff's objections are frivolous, conclusory, general, or contain no arguments that the M&R has not already considered. *See* Dkt. No. 33; *see also Battle v. United States Parole Comm'n*, 834 F.2d 419 (5th Cir. 1987) (determining that a district court need not consider frivolous, conclusive, or general objections). After independently reviewing the record and considering the applicable law, the Court adopts the proposed M&R in its entirety. Dkt. No. 32. Thus, the Court **OVERRULES** Plaintiff's objections.

The Court hereby:

- **GRANTS** Respondent's motion for summary judgment, Dkt. No. 30;
- **DISMISSES WITH PREJUDICE** this action; and
- **DENIES** Petitioner a Certificate of Appealability.

The Court will order entry of Final Judgment separately.

SIGNED this 15th day of February, 2018.

_____
Hilda Tagle
Senior United States District Judge

---

[1] While Petitioner labels his filing, in part, as "2nd," the docket sheet shows that no other response to the July 10, 2017 M&R was filed.